## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

| | | |
|---|---|---|
| **CONSTANTINO ISLAS-TAPIA,** | § | |
|     **Petitioner,** | § | |
| | § | |
| | § | |
| **v.** | § | **EP-26-CV-01098-DB** |
| | § | |
| **WARDEN, El Paso Service Processing** | § | |
| **Center,** *et al.,* | § | |
|     **Respondents.** | § | |
| | § | |

## FINAL JUDGMENT

On this day, the Court considered the above-captioned case. On May 8, 2026, the parties filed a "Joint Notice Report," ECF No. 8, advising the parties agree no matters remain to be resolved in this case. Because no live issues remain, the Court enters final judgment in accordance with Federal Rule of Civil Procedure 58.

Accordingly, **IT IS HEREBY ORDERED** the District Clerk **SHALL CLOSE** this case.

**SIGNED** this **11th** day of **May 2026**.

_____
**THE HONORABLE DAVID BRIONES**
**SENIOR UNITED STATES DISTRICT JUDGE**